UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Paraskevi Ciulla,

        Plaintiff,

                                                           CIVIL ACTION

V.

                                                           NO. 21-10341-MBB

Sharon Public Schools,

        Defendant.

## SETTLEMENT ORDER OF DISMISSAL

Bowler, U.S.M.J.

      The Court having been advised on March 16, 2022 that the above-entitled action has been settled;

      IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                                           By the Court,

March 16, 2022                                                    /s/ Lisa Belpedio
Date                                                                       Deputy Clerk